**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ERIC CRONIN,**

                       **Plaintiff,**

**-vs-**                                                      **Case No. 6:09-cv-17075-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS LP,**

                       **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO WITHDRAW AS COUNSEL (Doc. No. 5)**
>
> **FILED:**       **May 7, 2009**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed with prejudice on June 25, 2009 if Plaintiff fails timely to provide his completed Plaintiff Fact Sheet and **DIRECTING** Plaintiff's counsel to assure that Plaintiff receives the Report and Recommendation and understands the consequences of failing to respond.

Plaintiff's counsel's motion to withdraw from representation in this case is based on "a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privilege." In addition, "counsel avows that reasonable grounds exist for the Court to grant" the Motion to Withdraw. Doc. No. 5.

Because Plaintiff had not served a verified Plaintiff Fact Sheet and Chief Judge Conway dismissed the case without prejudice on April 6, 2009.  *See* Case No. 6:06-md-1769-22DAB, Doc. No. 1400 (dismissing cases without prejudice).  Plaintiff may file a motion to reinstate his claims if he serves Defendants with a verified Plaintiff Fact Sheet and records authorization within 80 days (June 25, 2009); otherwise the case will be dismissed with prejudice at that time.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 15, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy